# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA DIVISION

| | | |
|---|---|---|
| **LeChandre Wadley** | ) | |
| | ) | **Civil Action** |
| **Plaintiff** | ) | **FILE NO.:**_____ |
| | ) | |
| V. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| **Kool Smiles** | ) | |
| | ) | |
| **Defendant** | ) | |

## COMPLAINT

## JURISDICTION AND VENUE

1.

The jurisdiction of this court is invoked and Plaintiff's causes of action are brought under Title VII of the Civil Rights Act of 1964 and the Civil Rights of 1991, as amended, 42 U.S.C 2000e et. seq., and 28 U.S.C. 1331.

2.

The individual Plaintiff, LeChandre Wadley, is seeking declaratory relief, injunctive relief, and damages to redress the deprivation of her rights by Defendant because of its discriminatory treatment of her based upon her race, Black, and her sex, female.

3.

Declaratory relief is sought pursuant to 28 U.S.C. 2201.

4.

Injunctive relief is sought pursuant to Rule 65, Federal Rules of Civil Procedure.

5.

The unlawful employment practices alleged below were committed within the Middle District of the State of Georgia.

## PARTIES

6.

The Plaintiff, LeChandre Wadley, is a Black female citizen of the United States and a resident of the state of Georgia. She submits herself to the jurisdiction of this court.

7.

Defendant, Kool Smiles, is a Georgia corporation with an office and place of business in Columbus, Georgia where it is engaged in the providing of dental services. It is a covered employer under 42 U.S.C. 2000e et seq.

8.

Defendant has continuously and does now employ more than 50 persons and is engaged in an industry affecting commerce. Defendant may be served through its Registered Agent, C. T. Corporation System, 1201 Peachtree St. NE, Atlanta, GA 30361, for service of process in Muscogee County. Defendant is subject to the jurisdiction of this court.

## CLAIM FOR DECLARARTORY AND INJUNCTIVE RELIEF

9.

This is a proceeding for a declaratory judgment as to the Plaintiff's rights and for a permanent injunction enjoining the Defendant from maintaining a policy or practices of:

A. Discriminating against Plaintiff or other persons because of race and sex with respect to compensation, terms, conditions, and privileges of employment;

B. Limiting, segregating, and classifying Plaintiff or other persons in ways which deprive them of employment opportunities and otherwise adversely affect their status as an employee because race and sex.

## ADMINISTRATIVE PROCEDURE

10.

On or about August 24, 2006, the Plaintiff filed a timely Charge of Discrimination, alleging race discrimination and sex discrimination, with the Equal Employment Opportunity Commission, a copy of which is attached as Exhibit A to this Complaint.

11.

On or about January 18, 2007, the U.S. Department of Justice, Civil Rights Division issued the Plaintiff a Notice of Right to Sue, which the Plaintiff received on or about January 21, 2007, a copy of which is attached as Exhibit B to this Complaint. This action has been brought within the time period allowed by law.

## STAEMENT OF FACTS

12.

Plaintiff, LeChandre Wadley, became employed with Defendant on August 22, 2005. At the time of her hire, she was the only African American and only female dentist employed by Kool Smiles in its Columbus, Georgia office.

13.

On or about July 2006, Defendant hired a while male dentist and an Indian male dentist for the Columbus, Georgia office.

14.

On August 15, 2006, Defendant told Plaintiff she would be transferred to an affiliated clinic in Atlanta where she was to assume her duties on August 28, 2006, while the Columbus office was making plans to accommodate the Indian male dentist who was transferring from Texas.

15.

Defendant tried to discourage Plaintiff by telling Her "She could not make it at the Columbus Clinic and that she would be more productive at one of the company's predominately African American clinics in Southwest Atlanta or College Park."

16.

Defendant harassed Plaintiff stating that her "quota was down" even though they had never previously informed Plaintiff that she had a quota or discussed performance expectations.

17.

Defendant required Plaintiff to sign a non-compete agreement which would restrict her ability to find a similar job in Columbus while other dentists were not required to sign the identical agreement.

18.

Plaintiff told Defendant that the patients were not being distributed evenly and nothing was done.  When a white dentist complained, the Defendant implemented a numbering system which is not being used properly and is being manipulated to prevent Plaintiff from receiving as many patients as the white dentists.

19.

Plaintiff complained to Defendant that white assistants were not bringing patients back to her and Defendant failed to do anything about Plaintiff's complaint..

20.

Plaintiff has been subjected to a hostile work environment based on her race and sex and was written up for being late when a white male dentist leaves early, comes in late and he is not written up.

21.

Plaintiff was required to sign an agreement that she would follow procedure, not be late and produce $3,000 per day income when other male dentists were not required to sign a similar document.

22.

The effect of the policies and practices complained of herein has been to harm Plaintiff emotionally and to deprive her of equal employment opportunity and of income in the form of wages, bonuses, prospective retirement benefits, and other benefits of employment due her as an employee on the basis of her race and sex.

## COUNT II: 42 U.S.C. §2000e et seq. - RETALIATION

The proceeding paragraphs are incorporated in hac verba. The Defendant has engaged or intentionally engaged in unlawful employment practices and polices in violation of 42 U.S.C. §2000e et seq. [The discriminatory practices include, but are not limited to, wrongfully discipline, harassment, different terms and conditions of employment and a hostile work environment for Plaintiff because of her sex and race discrimination.]

23.

The effect of the polices and practices complained of herein has been to harm Plaintiff emotionally and to deprive her of equal employment opportunity and of income in the form of wages, bonuses, prospective retirement benefits, and other benefits of employment due her as an employee under 42 U.S.C. §2000e et. Seq.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff respectively prays for this Court to advance this case on the docket, to order a speedy hearing at the earliest practicable date, to cause this action to be in every way expedited, and upon such a hearing to:

1. Issue a declaratory judgment that the Defendant's acts, policies, practices, and procedures complained of herein violate Plaintiff's rights as secured under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e et seq.;

2. Permanently enjoin the Defendant, its officers, agents, successors, employees, attorneys, and those acting in concert with it from engaging in any employment policy or practice which discriminates against any employee or applicant for employment on account of race and/or sex.

3. Retain jurisdiction over this action to ensure full compliance with the orders of this Court;

4. Grant Plaintiff judgment against the Defendant for back pay, other benefits and opportunities of employment of which he has been deprived;

5. Grant Plaintiff compensatory damages in an amount to be determined by a jury;

6. Grant Plaintiff judgment against the Defendant for punitive damages in an amount which is reasonably designed to prevent future acts of discrimination;

7. Grant the Plaintiff attorney's fees, costs and disbursements;

8. Grant the Plaintiff a trial by a jury; and

9. Grant such additional and further relief as the Court deems just and proper.

Respectfully submitted this  ____19th_ day of April, 2007

                                                              S/Alfonza Whitaker
                                                              Alfonza Whitaker
                                                              Georgia Bar No.: 141906
                                                              Attorney for Plaintiff

644 Broadway
Columbus, GA 31901
(706) 507-3100

**GEORGIA, MUSCOGEE COUNTY:**

Personally appeared before the undersigned officer duly authorized to administer oaths in and for said State and County, LeChandre Wadley, who having been first duly sworn deposes and says that the facts and allegations contained in the foregoing are true and correct.

This 19th day of April, 2007

                                                              S/LeChandre Wadley

                                                              LeChandre Wadley

Sworn to and subscribed before me
This 19th day of April, 2007.

_Nadine S. Brown_____
Notary Public, Muscogee County, Georgia

My Commission Expires: _10/12/2010_____