| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | AGENCY<br>☐ FEPA<br>☒ EEOC | CHARGE NUMBER |
|---|---|---|

_____ and EEOC
State or Local Agency, if any

| NAME (INDICATE MR., MS., MRS.)<br>DR. LECHANDRE WADLEY | HOME TELEPHONE (Include Area Code)<br>706 221-6929 | |
|---|---|---|
| STREET ADDRESS  CITY, STATE AND ZIP CODE<br>8164 WILLIAMS WAY, COLUMBUS, GEORGIA 31904 | | DATE OF BIRTH<br>3/24/73 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW.)

| NAME<br>KOOL SMILES | NUMBER OF EMPLOYEES, MEMBERS<br>>200 | TELEPHONE (INCLUDE AREA CODE)<br>(678) 904-5665 |
|---|---|---|
| STREET ADDRESS  CITY, STATE AND ZIP CODE<br>1575 NORTHSIDE DRIVE, SUITE 470, ATLANTA, GEORGIA 30318 | | COUNTY<br>FULTON |
| NAME<br>KOOLSMILES | | TELEPHONE NUMBER (Include Area Code)<br>(706) 660-8001 |
| STREET ADDRESS  CITY, STATE AND ZIP CODE<br>4533 WOODRUFF ROAD, COLUMBUS, GEORGIA 31904 | | COUNTY<br>MUSCOGEE |

| CAUSE OF DISCRIMINATION BASED ON (CHECK APPROPRIATE BOX(ES))<br>☒ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN<br>☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (SPECIFY) | DATE DISCRIMINATION TOOK PLACE<br>EARLIEST         LATEST<br><br>8/22/05 - PRESENT (CONTINUING ACTION) |
|---|---|

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

PLEASE SEE ATTACHED SHEET WITH PARTICULARS:

| ☐ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements)<br><br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>*LeChandre Wadley*<br>Date  8-23-06   Charging Party (Signature) | SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year) |

EEOC FORM 5 (Rev. 06/92)
101969

1. The Charging Party is an African American female dentist who was employed by Kool Smiles on August 22, 2005. She is the only African-American and the only female dentist employed by Kool Smiles in its Columbus, Georgia office.

2. Kool Smiles has hired two new dentists within the last month. The first new hire, Dr. Kersey, is a Caucasian male. The second new hire is an Indian male who is being transferred from Texas to the Columbus, Georgia clinic..

3. Kool Smiles' representatives, Dr. Strange, a Caucasian male , and Lisa Holthaus, a Caucasian female , met with the Charging Party on August 15, 2006 and told her that Kool Smiles wanted her to transfer to an affiliated clinic in Atlanta. They gave the Charging Party virtually no notice of this proposal and expected her to assume her duties in Atlanta on or about August 28, 2006. Meanwhile, the Columbus office is making plans to accommodate the new male dentist who is transferring from Texas.

4. During this meeting, the Kool Smiles representatives told the Charging Party that she "could not make it at this clinic," and also told her that they thought she would be more productive at one of the company's predominately African-American clinics in Southwest Atlanta or College Park.

5. They also told the Charging Party that her "quota was down," although they had never previously informed her that she had a quota nor otherwise discussed their expectations for her performance.

6. During that meeting Company representatives also forced the Charging Party to sign a non-compete agreement which, if enforced, would restrict her ability to find another similar job in Columbus. They misrepresented to the Charging Party that all of the other dentists had signed identical agreements at a meeting where she was not present.

7. The Charging Party was discriminated against and was treated less favorably than her similarly situated non-African-American male counterparts during the entire term of her employment with Kool Smiles, in violation of Title VII of the Civil Rights Act of 1964, as amended.